| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 2:14-CR-116 |
| ) | |
| WILLIAM ANTHONY HOFFA ) | |

ORDER

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated March 25, 2016. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's motion to suppress, [Doc. 50], be denied. [Doc. 78]. The defendant has filed an objection and supplement to this recommendation. [Docs. 80 and 81].

After careful *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objection is **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 78], and that motion to suppress, [Doc. 50], be **DENIED**.

E N T E R:

                                                                                                 s/J. RONNIE GREER
                                                                          UNITED STATES DISTRICT JUDGE